**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7177**
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLYDE KIRBY WHITLEY,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:07-cr-00080-FL-1)

_____

Submitted:  October 20, 2015       Decided:  October 23, 2015

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Clyde Kirby Whitley, Appellant Pro Se.  Jane J. Jackson, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Kirby Whitley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction and related motions. We have reviewed the record and find no reversible error. Accordingly, we deny Whitley's motions to amend and for mandamus relief and affirm for the reasons stated by the district court. United States v. Whitley, No. 5:07-cr-00080-FL-1 (E.D.N.C. July 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED